# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00364-CV

### In re Terry Richardson

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).  We lift the stay of the proceedings in the underlying case.  *See id.* R. 52.10.

---

Thomas J. Baker, Justice

Before Justices Baker, Kelly, and Smith

Filed:   January 30, 2024